# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH NERVIANO, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CONTRACT ANALYSIS | : | |
| SYSTEMS, LLC, et al., | : | No. 17-4907 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **16th** day of **May, 2018**, upon consideration of Defendant ADP Totalsource, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, Defendant Contract Analysis Systems, LLC, Howard Koenig, Sal De Trane, Krystyna Raporte, and Michael Greene's Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff's responses thereto, and for the reasons provided in this Court's Memorandum dated May 16, 2018, it is **ORDERED** that:

1. ADP Totalsource's Motion for Leave to File a Reply Brief (Document No. 20) is **GRANTED**.

2. ADP Totalsource's Motion (Document No. 16) is **GRANTED**. ADP is dismissed as a party to this litigation.

3. Defendant Contract Analysis Systems, LLC, Howard Koenig, Sal De Trane, Krystyna Raporte, and Michael Greene's Motion (Document No. 17) is **GRANTED in part and DENIED in part** as follows:

    a. Count I remains against CAS, Koenig, De Trane, and Greene only.

    b. Count II is **DISMISSED** in its entirety and against all Defendants.

    c. Count III is **DISMISSED** in its entirety and against all Defendants.

    d. Count IV is **DISMISSED** in its entirety and against all Defendants.

e. Count V is **DISMISSED** in its entirety and against all Defendants.

f. Count VI remains against CAS only.

g. Count VII is **DISMISSED** in its entirety and against all Defendants.

h. Defendant Krystyna Raporte is dismissed as a party to this litigation.

BY THE COURT:

_____
**Berle M. Schiller, J.**